Argued and submitted March 2, affirmed March 28, 1990

In the Matter of
Maureen Amor Soler, a Child.

STATE ex rel JUVENILE DEPARTMENT
OF WASHINGTON COUNTY et al,
*Respondents,*

*v.*

SOLER,
*Appellant.*

(J13-354; CA A62214)

788 P2d 1035

Katherine Tennyson, Portland, argued the cause and filed the brief for appellant.

Douglas F. Zier, Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Graber, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Affirmed. *State ex rel Juv. Dept. v. Stevens,* 100 Or App 481, 786 P2d 1296 (1990).